**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALLEN POLK, ADC #96606 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:11CV00497-JJV |
| PULASKI COUNTY ,et al., | * | |
| | * | |
| Defendants. | * | |

**ORDER AND JUDGMENT**

Pursuant to Plaintiff's notice of voluntary dismissal (Doc. No. 90), and over no objection from the Defendants, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice, and all pending motions are DENIED as moot.

DATED this 13th day of February, 2012.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE